# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | § | |
|---|---|---|
| **LBDS HOLDING COMPANY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:11-CV-428 |
| | § | |
| **ISOL TECHNOLOGY INC.,** | § | |
| **MEDIVALLEY INC., AND** | § | |
| **HEUNG-KYU LEE,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Emergency Motion to Produce Testimony and Exhibits (Docket No. 198) and Counsel for Plaintiff's Unopposed Motion to Withdraw as Attorney (Docket No. 201). The Court will rule on these motions in due course. Any party who opposes either motion must notify the Court and state the reasons for its objections by **May 26, 2014 at 12:00 p.m.** Further, counsel for Plaintiff is directed to immediately forward this Order to corporate representatives of LBDS. LBDS may respond directly, *pro se,* to the Court if it opposes either motion as directed above.

**So ORDERED and SIGNED this 22nd day of May, 2014.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE