# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **LBDS HOLDING COMPANY, LLC,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:11-CV-428 |
| **ISOL TECHNOLOGY INC., MEDIVALLEY INC., AND HEUNG-KYU LEE,** | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are Counsel for Plaintiff's Unopposed Motion to Withdraw as Attorney (Docket No. 201), Defendants' Emergency Motion to Produce Testimony and Exhibits (Docket No. 198), and the post-trial hearing set for June 16, 2014. For the reasons below, Counsel for Plaintiff's Unopposed Motion to Withdraw is **GRANTED**, Plaintiff may respond to Defendants' Emergency Motion by **June 19, 2014 at 5:00 p.m.**, and the post-trial hearing is reset to **August 26, 2014 at 1:30 p.m.**

On March 12, 2014, the jury awarded Plaintiff LBDS Holding Company, LLC ("LBDS") damages of $25,174,761 for its claims against Defendants. Docket No. 168 at 4–5. On May 12, 2014, the U.S. Attorney's Office for the Western District of Missouri served Defendants with a subpoena *duces tecum*. The subpoena requests Defendants to produce documents under the Court's Protective Order, including the deposition testimony of LBDS's corporate representatives. After meeting and conferring with LBDS, Defendants filed their Emergency Motion to Produce Testimony and Exhibits, requesting relief from the Court's Protective Order

to comply with the subpoena. The following day, Defendants' filed their Emergency Motion for Sanctions and LBDS's counsel filed their motion to withdraw as attorney for LBDS.

LBDS's corporate representative, Albert Davis, filed a *pro se* response to these motions on May 27, 2014. Docket No. 204. Mr. Davis does not object to the withdrawal of LBDS's trial counsel, the law firm and attorneys of Akin Gump Strauss Hauer & Feld LLP. *Id.* at 1. Accordingly, the Court **GRANTS** the Unopposed Motion to Withdraw as Attorney (Docket No. 201). However, Mr. Davis objects to Defendants' Emergency Motion to comply with the U.S. Attorney's subpoena. *Id.* Mr. Davis requests the Court delay ruling on Defendants' Emergency Motion until LBDS can retain new counsel and submit a formal response. *Id.* at 2. The U.S. Attorney's subpoena does not require the documents until June 24, 2014 and LBDS is without counsel pursuant to this Order. Therefore, the Court will allow LBDS an opportunity to retain counsel and formally respond. Accordingly, the Court will consider LBDS's response to Defendant's Emergency Motion if filed no later than **June 19, 2014 at 5:00 p.m.**

Further, the post-trial hearing is reset to **August 26, 2014 at 1:30 p.m.** At the hearing, the Court will hear arguments on all outstanding post-trial motions, including Defendants' Emergency Motion for Sanctions.

**So ORDERED and SIGNED this 4th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**