**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **LBDS HOLDING COMPANY, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:11-CV-428 |
| § | |
| **ISOL TECHNOLOGY INC.,** § | |
| **MEDIVALLEY INC., AND** § | |
| **HEUNG-KYU LEE,** § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 15th day of May, 2015.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**